B1 (Official Form 1)(04/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **District of Nevada** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SRP Plaza, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-2361267** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3275 S. Jones Blvd., Ste. #105<br>Las Vegas, NV**<br>ZIP Code **89146** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **6985 & 7005 West Sahara; and 2555 & 2585 South Rainbow<br>Las Vegas, Nevada** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>■ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>  ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Main Proceeding<br>  ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity**<br>(Check box, if applicable) | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    **\*\*\* Zachariah Larson 7787 \*\*\***          THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                                Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SRP Plaza, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ☒ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>     _____<br>     (Name of landlord that obtained judgment)<br><br><br><br>     _____<br>     (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**SRP Plaza, L.P.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Zachariah Larson**
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & ZIRZOW, LLC**
Firm Name

**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**

_____
Address

**Email: zlarson@lzlawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**April 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeff Susa**
Signature of Authorized Individual

**Jeff Susa**
Printed Name of Authorized Individual

**Manager of IDC Mission Paseo, LLC, GP of Debtor**
Title of Authorized Individual

**April 16, 2015**
Date

In re    **SRP Plaza, L.P.**                                                  , Case No. _____
Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **DSWC, Inc.**<br>**Nevada** | **14-11895-abl**<br>**Affiliate** | **03/21/14**<br>**August B. Landis** |
| **TJ Plaza, LLC**<br>**Nevada** | **14-11894-abl**<br>**Affiliate** | **03/21/14**<br>**August B. Landis** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **SRP Plaza, L.P.**                              Case No.
                                    Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Centurion Discovery**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**3900 Paradise Rd., Ste. 208**<br>**Las Vegas, NV 89169** | **Centurion Discovery**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**3900 Paradise Rd., Ste. 208**<br>**Las Vegas, NV 89169** | **Services** | | **403.31** |
| **Edgar's Services, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**4080 W. Desert Inn Rd. #A109**<br>**Las Vegas, NV 89102** | **Edgar's Services, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**4080 W. Desert Inn Rd. #A109**<br>**Las Vegas, NV 89102** | **Services** | | **970.00** |
| **J&J Services**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3632 Beeson Ct.**<br>**Las Vegas, NV 89130** | **J&J Services**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**3632 Beeson Ct.**<br>**Las Vegas, NV 89130** | **Services** | | **950.00** |
| **Lucove, Say & Co**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**23901 Calabasas Rd., # 2085**<br>**Calabasas, CA 91302** | **Lucove, Say & Co**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**23901 Calabasas Rd., # 2085**<br>**Calabasas, CA 91302** | **Services** | | **1,285.00** |
| **Stout Electric, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**6440 Schirlls St.**<br>**Las Vegas, NV 89118** | **Stout Electric, Inc.**<br>**Attn:  Bankruptcy Desk/Managing Agent**<br>**6440 Schirlls St.**<br>**Las Vegas, NV 89118** | **Services** | | **245.00** |
| **Terminix Commercial**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**860 Ridge Lake Blvd.**<br>**Memphis, TN 38120** | **Terminix Commercial**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**860 Ridge Lake Blvd.**<br>**Memphis, TN 38120** | **Services** | | **210.00** |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **SRP Plaza, L.P.**                                                                    Case No. _____
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of IDC Mission Paseo, LLC, GP of Debtor of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 16, 2015** _____          Signature   **/s/ Jeff Susa** _____
                                                                            **Jeff Susa**
                                                                            **Manager of IDC Mission Paseo, LLC, GP of Debtor**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## WRITTEN CONSENT OF THE GENERAL PARTNER OF
## SRP PLAZA, L.P., a Nevada limited partnership

The undersigned, being the general partner of SRP PLAZA, L.P., a Nevada limited partnership ("SRP"), hereby approves and adopts the following resolutions effective as of April 15, 2015:

WHEREAS, U.S. BANK NATIONAL ASSOCIATION, as Successor Trustee for the Registered Holders of Bear Stearns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 (the "Bank") has declared an event of default under that certain Deed of Trust dated on or about December 7, 2004 and recorded against the real property of SRP on December 9, 2004 as Instrument No. 20041209-0004348 in the Official Records of the Clark County, Nevada Recorder;

WHEREAS, on March 31, 2015, the Bank filed a *Complaint* for appointment of a receiver in the Eighth Judicial District Court, Clark County, Nevada, being Case No. A-15-716226-C (the "State Court Case") against SRP, and on April 9, 2015 filed an *Application for the Appointment of a Receiver* seeking the potential seizure of control of SRP's property, which actions, if allowed to proceed, would cause significant and irreparable harm to SRP, its creditors, and other parties in interest;

NOW, THEREFORE, BE IT RESOLVED, that the General Partner of SRP, having considered all relevant matters related thereto, in its judgment it is desirable and in the best interests of the company and its creditors and other interest parties that a voluntary petition for relief be filed under the provisions of chapter 11 of title 11 of the United States Code should the receivership be granted;

BE IT THEREFORE RESOLVED, any officer of SRP (the "Authorized Person") shall be authorized, empowered and directed, in the name, and on behalf of SRP, to execute and verify a petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine;

BE IT FURTHER RESOLVED that Jeff Susa (the "Responsible Person") shall be designated as the responsible person in SRP's chapter 11 bankruptcy case pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, and is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that the law firm of Larson & Zirzow, LLC is engaged and shall continue its engagement as attorneys for the company in the chapter 11 case as general reorganization counsel, and the Flangas Dalacas Law Group is engaged and shall continue its engagement as attorneys for the company in the chapter 11 case as special counsel, both as subject to any requisite bankruptcy court approval;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as

the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the company, to execute and file all motions, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

BE IT FURTHER RESOLVED that the Responsible Person, and such other persons as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Persons of Responsible Person, be, and each hereby are, authorized, empowered and directed, in the name and on behalf of the company, to cause the company to enter into, execute deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful chapter 11 reorganization of the business of the company;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the Authorized Persons or the Responsible Person of the company in the name and on behalf of the company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

BE IT FURTHER RESOLVED that this Written Consent may be delivered in counterpart, and by facsimile or electronic transmission, which will be an original and the foregoing shall be deemed to be adopted and in full force and effect, as of the date first above written.

IN WITNESS WHEREOF, the undersigned, constituting all of the general partners of SRP, by execution hereof, hereby approve this Written Consent as of the date first above written.

**SRP PLAZA, LP**

By its General Partner:

IDC MISSION PASEO, L.L.C.

By: _____
Jeff Susa, its Managing Member

By: _____
BRESLIN FAMILY TRUST, its Managing Member
Jack Breslin, Trustee

2

## United States Bankruptcy Court
### District of Nevada

In re   **SRP Plaza, L.P.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of IDC Mission Paseo, LLC, GP of Debtor of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 16, 2015**

**/s/ Jeff Susa**

**Jeff Susa/Manager of IDC Mission Paseo, LLC, GP of Debtor**
Signer/Title

.

SRP PLAZA, L.P.
3275 S. JONES BLVD., STE. #105
LAS VEGAS, NV 89146

ZACHARIAH LARSON
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

ANDREW J. NEVILLE
6985 W. SAHARA AVE., #201
LAS VEGAS, NV 89117

BRESLIN FAMILY TRUST
C/O JACK BRESLIN
5525 POLARIS AVENUE, UNIT B
LAS VEGAS, NV 89118

BRICK AND DREWS, LLC
6985 W. SAHARA AVE., #113
LAS VEGAS, NV 89117

CENTURION DISCOVERY
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3900 PARADISE RD., STE. 208
LAS VEGAS, NV 89169

CITY OF LAS VEGAS SEWER SERVICES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 748022
LOS ANGELES, CA 90074

CRAIG SNELLING
DBA BILLIARDS N' MORE NORTH
6985 W. SAHARA AVE., STE. 117
LAS VEGAS, NV 89118

DAN PERO AND JOSE WASIAK
DBA ALLSTATE INSURANCE
6985 W. SAHARA AVE., STE. 115
LAS VEGAS, NV 89117

DK PRODUCTS
DBA APEX COMPUTERS
6985 W. SAHARA, #109
LAS VEGAS, NV 89114

DURETTE CANDITO DESIGN, LLC
DBA URBAN RANCH GENERAL STORE
6985 W. SAHARA AVE., #103 & 105
LAS VEGAS, NV 89117

EDGAR'S SERVICES, INC.
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
4080 W. DESERT INN RD. #A109
LAS VEGAS, NV 89102

GREEN THUMB MAINTENANCE, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3275 S. JONES BLVD. #105
LAS VEGAS, NV 89146

HECKER REAL ESTATE & DEVELOPMENT
ATTN:  VICTOR HECKER
6985 W. SAHARA AVE., STE. 107
LAS VEGAS, NV 89117

HYON AH DO AND DA SOLL SONG
DBA LAS VEGAS JOYFUL CHURCH
3550 PARADISE RD., #376
LAS VEGAS, NV 89169

J&J SERVICES
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
3632 BEESON CT.
LAS VEGAS, NV 89130

JASMINE HOSPITALITY CORPORATION
DBA WELLINGTON PLACE
6985 W. SAHARA AVE., #100 & 102
LAS VEGAS, NV 89117

JEFF SUSA
C/O SRP PLAZA LP
3275 S. JONES, #105
LAS VEGAS, NV 89146

JIFFY SMOG
ATTN: LOUIS GARDELLA
2732 WOODFLOWER AVE.
HENDERSON, NV 89052

JP MORGAN CHASE LAW DEPARTMENT
1111 POLARIS PARKWAY, SUITE 4P
MAIL CODE OH1-0152
COLUMBUS, OH 43240

JPMORGAN CHASE LEASE ADMINISTRATION
111 POLARIS PARKWAY, SUITE 1J
MAIL CODE OH1-0241
ATTN: LEASE ADMINISTRATION
COLUMBUS, OH 43240

JPMORGAN CHASE REAL ESTATE
131 SOUTH DEARBORN STREET, 5TH FLOOR
MAIL CODE IL1-0930
ATTN: REAL PORTFOLIO MANAGER
CHICAGO, IL 60603

JUSTIN L. ANGELO
DBA SWAT TIRES
6985 W. SAHARA AVE., STE.110
LAS VEGAS, NV 89117

LUCOVE, SAY & CO
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
23901 CALABASAS RD., # 2085
CALABASAS, CA 91302

MICHAEL HAMM
DBA TEN TIGERS MARTIAL ARTS
6985 W. SAHARA AVE., #101
LAS VEGAS, NV 89117

MISOOK CHO
DBA TPOTPO COMPANY
6985 W. SAHARA AVE., #108
LAS VEGAS, NV 89117

NEVADA TIRE HOLDINGS LLC
DBA SUPERIOR TIRE & SERVICE
4 HUTTON CENTRE SUITE 635
SANTA ANA, CA 92707

NORED, INC.DBA MAGOOS
ATTN: MANAGING MEMBER
6985 W. SAHARA AVE., STE. 116
LAS VEGAS, NV 89117

REAL ESTATE ASSET MANAGEMENT, LLC
ATTN: JEFF SUSA
3275 SOUTH JONES BLVD. #105
LAS VEGAS, NV 89146

RONALD R. TAYLOR
ATTORNEY AT LAW
24672 SAN JUAN AVE., STE. 201
DANA POINT, CA 92629

STOUT ELECTRIC, INC.
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
6440 SCHIRLLS ST.
LAS VEGAS, NV 89118

STRIPE A LOT
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
3017 SHERIDAN ST., STE. 6
LAS VEGAS, NV 89102

TERMINIX COMMERCIAL
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
860 RIDGE LAKE BLVD.
MEMPHIS, TN 38120

TRAE M. HANSEN
DBA PRICZ TATTOO STUDIO
6985 W. SAHARA AVE., #204
LAS VEGAS, NV 89117

U.S. BANK NATIONAL ASSOCIATION
C/O SNELL & WILMER
ATTN:  STEPHEN B. YOKEN, ESQ.
3883 HOWARD HUGHES PARKWAY, #1100
LAS VEGAS, NV 89169

U.S. BANK NATIONAL ASSOCIATION
ATTN: MANAGING MEMBER
4480 EMERALD AVE.
CINCINNATI, OH 45242

IDC MISSION PASEO LLC
C/O JEFF SUSA
3275 S. JONES BLVD., STE. 105
LAS VEGAS, NV 89146