_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
August 25, 2015

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-12127-abl |
|---|---|
| SRP PLAZA, L.P., | Chapter 11 |
| Debtor. | Date: August 25, 2015<br>Time: 1:30 p.m. |

**ORDER APPROVING SECOND STIPULATION AUTHORIZING DEBTOR**
**TO CONTINUE USING CASH COLLATERAL, PROVIDING ADEQUATE**
**PROTECTION, GRANTING RELATED RELIEF, AND VACATING FINAL HEARING**

This Court having reviewed and considered the *Second Stipulation Authorizing Debtor to Continue Using Cash Collateral, Providing Adequate Protection, Granting Related Relief, and Vacating Final Hearing* (the "Second Stipulation")[1] entered into and filed by SRP Plaza, L.P. (the "Debtor"), by and through its attorneys, the law firm of Larson & Zirzow, LLC, and U.S. Bank, N.A. not in its individual capacity but solely in its capacity as Successor Trustee for the

---
[1] Unless otherwise indicated all capitalized terms herein shall have the same meanings as set forth in the Stipulation.

Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 (the "Secured Lender" and together with the Debtor, the "Parties"), by and through its attorneys of record, Ballard Spahr, LLP, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. The Second Stipulation is APPROVED.

2. The Debtor is authorized to continue using Cash Collateral pursuant to and consistent with the terms, conditions and relief set forth and granted in the original Cash Collateral Stipulation; *provided*, *however*, that the Termination Event in Paragraph 2(a) of the Cash Collateral Stipulation, shall be and hereby is extended to September 30, 2015 and the Budget attached to the Cash Collateral Stipulation shall be replaced by the Extended Budget attached to the Second Stipulation as Exhibit 1.

3. The Final Hearing on the Renewed Motion set for August 25, 2015 at 1:30 p.m. is hereby VACATED.

4. In the future, if the Parties are unable to agree to terms for additional extensions of the Termination Event, the Parties consent to Debtor refiling a renewed motion for the use of cash collateral on shortened time so long as the Parties are given at least one (1) judicial days' notice of any interim hearing associated with any such renewed motion and subject to the Court's availability.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

5. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the terms or implementation of this Order and the Second Stipulation.

**IT IS SO ORDERED.**

APPROVED:

LARSON & ZIRZOW, LLC

By: /s/ Zachariah Larson
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorney for Debtor

APPROVED:

BALLARD SPAHR, LLP

By: /s/ Dean Waldt
ABRAN E. VIGIL, ESQ.
Nevada Bar No. 7548
E-mail: vigila@ballardspahr.com
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile: (702) 471-7070

DEAN C. WALDT, ESQ.
Arizona Bar No. 85004 (admitted *Pro Hac*)
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595

Attorneys for U.S. Bank, N.A. not in its individual capacity but solely in its capacity as Successor Trustee for the Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7

# # #

3