_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 16, 2015

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SRP PLAZA, L.P.,<br><br>            Debtor. | Case No.: BK-S-15-12127-abl<br>Chapter 11<br><br>Old Date:  September 30, 2015<br>Old Time:  1:30 p.m.<br><br>New Date:  October 21, 2015<br>New Time:  1:30 p.m. |

**ORDER APPROVING STIPULATION TO CONTINUE: (A) MOTION FOR ORDER: (I) APPROVING ADEQUACY OF DISCLOSURES IN DEBTOR'S DISCLOSURE STATEMENT TO ACCOMPANY DEBTOR'S PLAN OF REORGANIZATION; (II) SETTING DEADLINES FOR BALLOTING AND OPPOSING CONFIRMATION OF DEBTOR'S PLAN; (III) APPROVING FORM OF BALLOTS; (IV) SETTING A RECORD DATE FOR VOTING PURPOSES; AND (V) SETTING THE CONFIRMATION HEARING ON THE PLAN; AND (B) RESPONSIVE DEADLINES THERETO**

SRP Plaza L.P., a Nevada limited partnership ("SRP" or "Debtor"), debtor and debtor-in-possession by and through its counsel, the law firm of Larson & Zirzow, LLC, and U.S. Bank, N.A. not in its individual capacity but solely in its capacity as Successor Trustee for the Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 (the "Secured Lender"), by and through its counsel, the law firm of Ballard Spahr, LLP (collectively with the Debtor, the "Parties" and each a "Party"), having filed their *Stipulation to Continue: (A) Motion for Order: (I) Approving Adequacy of Disclosures in Debtor's Disclosure Statement to Accompany Debtor's Plan of Reorganization; (II) Setting Deadlines for Balloting and Opposing Confirmation of Debtor's Plan; (III) Approving Form of Ballots; (IV) Setting a Record Date for Voting Purposes; and (V) Setting the Confirmation Hearing on the Plan; and (B) Responsive Deadlines Thereto* (the "Stipulation")[1]; the Court having reviewed and considered the Stipulation, and good cause appearing therefore;

**IT IS HEREBY ORDERED:**

1. The Stipulation is GRANTED.

2. The Motion Hearing Date is continued from September 30, 2015 to October 21, 2015 at 1:30 p.m.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation.

2

3. The briefing deadlines with regard to the Motion shall be as follows: Oppositions to the Motion shall be filed by October 14, 2015; any reply to any opposition(s) to the Motion shall be filed by October 19, 2015.

**IT IS SO ORDERED.**

| LARSON & ZIRZOW, LLC | BALLARD SPAHR, LLP |
|---|---|
| By: /s/ Zachariah Larson<br>ZACHARIAH LARSON, ESQ.<br>Nevada Bar No. 7787<br>E-mail: zlarson@lzlawnv.com<br>MATTHEW C. ZIRZOW, ESQ.<br>Nevada Bar No. 7222<br>E-mail: mzirzow@lzlawnv.com<br>810 S. Casino Center Blvd. #101<br>Las Vegas, Nevada 89101<br><br>Attorney for Debtor | By: /s/ Dean C. Waldt<br>ABRAN E. VIGIL, ESQ.<br>Nevada Bar No. 7548<br>E-mail: vigila@ballardspahr.com<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106-4617<br>Telephone: (702) 471-7000<br>Facsimile: (702) 471-7070<br><br>DEAN C. WALDT, ESQ.<br>Arizona Bar No. 85004 (*Pro-Hac*)<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004-2555<br>Telephone: (602) 798-5400<br>Facsimile: (602) 798-5595<br><br>Attorneys for U.S. Bank, N.A. not in its individual capacity but solely in its capacity as Successor Trustee for the Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 |

# # #