LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

SRP PLAZA, L.P.,

            Debtor.

Case No.: BK-S-15-12127-abl
Chapter 11

Date:  N/A
Time:  N/A

**NOTICE OF ENTRY OF ORDER APPROVING THIRD STIPULATION**
**AUTHORIZING DEBTOR TO CONTINUE USING CASH COLLATERAL,**
**PROVIDING ADEQUATE PROTECTION, AND GRANTING RELATED RELIEF**

NOTICE IS HEREBY GIVEN that on the 16th day of September, 2015, an *Order Approving Third Stipulation Authorizing Debtor to Continue Using Cash Collateral, Providing Adequate Protection, and Granting Related Relief* [ECF No. 106] was entered in the above-entitled matter, and a copy of said Order is attached hereto.

DATED September 17, 2015.

            LARSON & ZIRZOW, LLC

            By: /s/ Zachariah Larson
            ZACHARIAH LARSON, ESQ.
            MATTHEW C. ZIRZOW, ESQ.
            810 S. Casino Center Blvd. #101
            Las Vegas, Nevada 89101

            Attorneys for Debtor

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 16, 2015

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone:  (702) 382-1170
Fascimile:  (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>SRP PLAZA, L.P.,<br><br>Debtor. | Case No.: BK-S-15-12127-abl<br>Chapter 11<br><br>Date:  n/a<br>Time:  n/a |
|---|---|

**ORDER APPROVING THIRD STIPULATION AUTHORIZING DEBTOR TO CONTINUE USING CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION, AND GRANTING RELATED RELIEF**

　　This Court having reviewed and considered the *Third Stipulation Authorizing Debtor to Continue Using Cash Collateral, Providing Adequate Protection, and Granting Related Relief* (the "Third Stipulation")[1] entered into and filed by SRP Plaza, L.P. (the "Debtor"), by and through its attorneys, the law firm of Larson & Zirzow, LLC, and U.S. Bank, N.A. not in its

---
[1] Unless otherwise indicated all capitalized terms herein shall have the same meanings as set forth in the Stipulation.

individual capacity but solely in its capacity as Successor Trustee for the Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7 (the "Secured Lender" and together with the Debtor, the "Parties"), by and through its attorneys of record, Ballard Spahr, LLP, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. The Third Stipulation is APPROVED.

2. The Debtor is authorized to continue using Cash Collateral pursuant to and consistent with the terms, conditions and relief set forth and granted in the original Cash Collateral Stipulation; *provided*, *however*, that the Termination Event in Paragraph 2(a) of the Cash Collateral Stipulation, shall be and hereby is extended to November 15, 2015.

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the terms or implementation of this Order and the Second Stipulation.

. . .

. . .

. . .

2

**IT IS SO ORDERED.**

| APPROVED: | APPROVED: |
|---|---|
| LARSON & ZIRZOW, LLC | BALLARD SPAHR, LLP |

By:  /s/ Zachariah Larson                          
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorney for Debtor

By:    /s/ Dean C. Waldt                          
ABRAN E. VIGIL, ESQ.
Nevada Bar No. 7548
E-mail:  vigila@ballardspahr.com
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  (702) 471-7000
Facsimile:  (702) 471-7070

DEAN C. WALDT, ESQ.
Arizona Bar No. 85004 (*Pro Hac*)
1 East Washington Street, Suite 2300
Phoenix, AZ  85004-2555
Telephone:  (602) 798-5400
Facsimile:  (602) 798-5595

Attorneys for U.S. Bank, N.A. not in its individual capacity but solely in its capacity as Successor Trustee for the Registered Holders of Bear Sterns Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-PWR7

# # #