LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-S-15-12127-abl |
|---|---|
| SRP PLAZA, L.P., | Chapter 11 |
| Debtor. | Date: N/A<br>Time: N/A |

**CERTIFICATE OF SERVICE**

1. On the 17th day of September, 2015, I served the following document(s):

    a. Notice of Entry of Order Approving Third Stipulation    ECF No. 108
       Authorizing Debtor to Continue Using Cash Collateral,
       Providing Adequate Protection, and Granting Related
       Relief

2. I served the above-named documents by the following means to the persons as listed below:

    ☒    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    DIMITRI P DALACAS on behalf of Interested Party DIMITRI P. DALACAS
    dpd@fdlawlv.com, cjm@fdlawlv.com

    ZACHARIAH LARSON on behalf of Debtor SRP PLAZA, L.P.
    carey@lzlawnv.com,
    mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

**LARSON & ZIRZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1  U.S. TRUSTEE - LV - 11
2  USTPRegion17.lv.ecf@usdoj.gov

3  ABRAN E. VIGIL on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS COMMERCIAL MORTGAGE SECURITIES INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES
vigila@ballardspahr.com,
lvdocket@ballardspahr.com;wranghamrowec@ballardspahr.com

DEAN C WALDT on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE FOR THE REGISTERED HOLDERS OF BEAR STEARNS COMMERCIAL MORTGAGE SECURITIES INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES

☐   **b.   United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐   **c.   Personal Service** (*List persons and addresses. Attach additional paper if necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   **d.   By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   **e.   By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:   September 17, 2015

| Trish Huelsman | /s/ *Trish Huelsman* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

3